IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:         26-cr-25 (LMP/DLM) |
| | ) | Date:              January 30, 2026 |
| Jamael Lydell Lundy (6), | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:      8E |
| Defendant. | ) | Time Commenced:   2:26 p.m. |
| | ) | Time Concluded:    2:30 p.m. |
| | ) | Time in Court:         4 minutes |

APPEARANCES:

Plaintiff: Robert Keenan, Assistant U.S. Attorney
Defendant: Jennifer Congdon and A.L. Brown
    X Retained

Date Charges Filed: January 29, 2026     Offense: Conspiracy against rights of religious freedom at place of worship; Injure, intimidate, and interfere with exercise of right of religious freedom at place of worship.

    X Advised of Rights

on     X Indictment

X Government moves for a detention hearing.
X Government's motion is X Denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.


X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case as to this defendant.   X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

    _s/ms_
Signature of Courtroom Deputy