# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Jamael Lydell Lundy (6),

        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: DULCE J. FOSTER
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-25 (LMP/DLM) |
| Date: | January 30, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 2:31 p.m. |
| Time Concluded: | 2:32 p.m. |
| Time in Court: | 1 minute |

APPEARANCES:

  Plaintiff: Robert Keenan, Assistant U.S. Attorney
  Defendant: Jennifer Congdon and A.L. Brown
      X Retained

**Indictment Dated:** January 29, 2026

    X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                          *s/ms*
                     Signature of Courtroom Deputy